

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eddie Anthony Patterson, Appellant

No. 06-15-00046-CV        v.

T.V. Channel 25 Broadcast Station and Its
Reporter on March 29, 2010; 1909 S New
Road, Waco, Texas 76711, Appellees

Appeal from the 170th District Court of
McLennan County, Texas (Tr. Ct. No. 2015-
905-4).    Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Eddie Anthony Patterson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk